IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| LEE OLIVER BROUSSARD | § | |
| VS. | § | CIVIL ACTION NO. 1:21-CV-453 |
| DIRECTOR, TDCJ-CID | § | |

**MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION**

Petitioner, Lee Oliver Broussard, an inmate confined at the Bell Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brings this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The Magistrate Judge recommends dismissing this petition for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No Objections to the Report and Recommendation of United States Magistrate Judge have been filed to date.[1]

ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED this 22nd day of March, 2022.**

Michael J. Truncale
United States District Judge

---

[1] The certified mail return receipt was returned showing Petitioner received a copy of the Report and Recommendation on February 14, 2022 (Doc. # 12).